1  KEMNITZER, BARRON, & KRIEG, LLP
   BRYAN KEMNITZER        Bar No. 066401
2  ADAM J. McNEILE        Bar No. 280296
   445 Bush St., 6th Floor
3  San Francisco, CA 94108
   Telephone: (415) 632-1900
4  Facsimile: (415) 632-1901
   bryan@kbklegal.com
5  adam@kbklegal.com

6  Attorneys for Plaintiff JAVIER QUIROZ and the proposed class

7

8

9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12 JAVIER QUIROZ,                    Case No. 2:16-cv-04779-JFW (Ex)

              Plaintiff,             CLASS ACTION
13
       vs.                           **STIPULATION CONTINUING HEARING
14                                   AND SETTING BRIEFING SCHEDULE
   CAVALRY SPV I, LLC,               ON CAVALRY SPV I, LLC's MOTION
15                                   TO COMPEL ARBITRATION**
              Defendant.
16                                   Date:  November 21, 2016
                                     Time:  1:30 p.m.
17 _____/      Courtroom 16
                                     Hon. John F. Walter
18

19     **COMES NOW THE PARTIES TO THE ABOVE-REFERENCED ACTION AND

20 RECITE AND STIPULATE AS FOLLOWS:**

21     WHEREAS, on October 20, 2016, Defendant CAVALRY SPV I, LLC filed a Motion to

22 Motion to Compel Arbitration (the "Motion"), with Plaintiff's opposition due by October 31,

23 2016, Defendant's reply due by November 7, 2016, and a hearing scheduled for November 21,

24 2016;

25     WHEREAS, the parties have agreed to continue the hearing and corresponding

26 opposition and reply deadlines so that the parties may have sufficient time to fully brief the

27 Motion;

28     WHEREAS, the parties have not previously requested that the Court continue any dates

or deadlines with respect to the Motion;

WHEREAS, the Court previously set the following dates and deadlines:

- Discovery cut-off: May 1, 2017
- Pre-trial conference: June 16, 2017
- Trial: June 27, 2017

**NOW THEREFORE THE PARTIES STIPULATE:**

1. Plaintiffs' opposition to the Motion shall be filed and served not later than November 15, 2016.

2. Defendant's reply in support of the Motion shall be filed and served not later than December 5, 2016.

3. The hearing on the Motion shall be set for December 19, 2016 at 1:30 p.m. in Courtroom 16.

Dated: October 25, 2016                KEMNITZER, BARRON & KRIEG, LLP

By:  /s/ *Bryan Kemnitzer*
BRYAN KEMNITZER
KEMNITZER, BARRON & KRIEG, LLP
Attorneys for Plaintiff JAVIER QUIROZ and the proposed class

Dated: October 25, 2016                SEVERSON & WERSON, A PC

By:  /s/ *Tomio B. Narita*
TOMIO B. NARITA
SIMMONDS & NARITA LLP
Attorneys for Defendant CAVALRY SPV I, LLC

**ATTESTATION OF SIGNATURE**

I, Bryan Kemnitzer, am the ECF User whose ID and Password were used to electronically file this Stipulation. Pursuant to Central District of California Local Rule 5-4.3.4(a)(2), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the content of this filing and have authorized the electronic filing thereof.

/s/ *Bryan Kemnitzer*
BRYAN KEMNITZER