**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 16-4779-JFW (Ex)**                                        Date:  November 16, 2016

Title:   Javier Quiroz -v- Cavalry SPV I, LLC

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   Shannon Reilly                                              None Present
   Courtroom Deputy                                         Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
                 None                                                              None

**PROCEEDINGS (IN CHAMBERS):**       ORDER GRANTING DEFENDANT CAVALRY SPV I, LLC'S MOTION TO COMPEL ARBITRATION [filed 10/20/16; Docket No. 28]

   On October 20, 2016, Defendant Cavalry SPV I, LLC ("Defendant") filed a Motion to Compel Arbitration ("Motion").  On October 31, 2016, Plaintiff Javier Quiroz ("Plaintiff") filed his Opposition. On November 7, 2016, Defendant filed a Reply.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for November 21, 2016 is hereby vacated and the matter taken off calendar. After considering the moving, opposing, and reply papers, and the arguments therein, the Court rules as follows:

   For the reasons stated in Defendant's moving and reply papers, the Court concludes that the arbitration agreement is valid and enforceable and that all of the claims asserted in the Complaint are within the purview of the arbitration agreement.  Accordingly, Defendant's Motion is **GRANTED**, and this action is **STAYED** pending the results of arbitration.  The Court adopts as its ruling, as modified, the Proposed Statement of Decision Granting Defendant Cavalry SPV I, LLC's Motion to Compel Arbitration, lodged with the Court on November 9, 2016 [Docket No. 37-1].

   IT IS SO ORDERED.